UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GERALD STANLEY, C80900,<br><br>Plaintiff. | Case No. 21-cv-01385-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On February 25, 2021, the clerk filed as a new action a letter from plaintiff complaining about various conditions of his confinement at San Quentin State Prison (SQSP). The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action accordingly is DISMISSED without prejudice.

The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: April 12, 2021

_____
CHARLES R. BREYER
United States District Judge